CAUSE NO. C-6423-14-G

| | | |
|---|---|---|
| MATHEW TAMEZ | § § § | IN THE DISTRICT COURT |
| V. | § § § | 370TH JUDICIAL DISTRICT |
| LUIS E. GARCIA HERNANDEZ, Individually and d/b/a GARDEZ BROTHERS TRUCKING AND GABRIEL LOPEZ COLIN | § § § § § | HIDALGO COUNTY, TEXAS |

### NOTICE OF FILING TO REMOVE CAUSE TO UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF TEXAS, MCALLEN DIVISION

TO THE HONORABLE JUDGE OF THE COURT:

Notice is hereby given that Defendants, **LUIS E. GARCIA HERNANDEZ, Individually and d/b/a GARDEZ BROTHERS TRUCKING, and GABRIEL LOPEZ COLIN** on this day, filed in the United States District Court for the Southern District of Texas, McAllen Division, its Notice For Removal of a cause now pending in the 370th Judicial District, Hidalgo County, Texas, having Cause No. C-6423-14-G, and styled _Mathew Tamez v. Luis E. Garcia Hernandez, Individually and d/b/a Gardez Brothers Trucking and Gabriel Lopez Colin_. A copy of the Notice of Removal is attached hereto as Exhibit "A".

{03290175.DOCX / }
96512-13



Respectfully submitted,

LARRY D. WARREN
State Bar No. 20888450
(210) 731-6350 (Direct Line)
(210) 785-2950 (Direct Fax)
WHITNEY S. BROADWATER
State Bar No. 24082733
(210) 731-6471 (Direct Line)
(210) 785-2919 (Direct Fax)
NAMAN HOWELL SMITH & LEE, PLLC
10001 Reunion Place, Suite 600
San Antonio, Texas 78216
(210) 731-6350 (Direct Line)
(210) 785-2950 (Direct Fax)
lwarren@namanhowell.com
wbroadwater@namanhowell.com
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on the ___1st___ day of April 2015, the foregoing was filed with the Clerk of Court using the CM/ECF system, and was served on counsel:

### Via E-Filing Notification System and facsimile (713) 683-1588

Herbert A. Janzen
Law Offices of Herbert A. Janzen
2000 Smith Street
Houston, Texas 77002

WHITNEY S. BROADWATER

{03290175.DOCX / }
96512-13