7137522002      Kirby Mansion      03:08:02 p.m.      03-09-2016      10 / 13

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| **MATHEW TAMEZ** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 7:15-CV-00131** |
| | § | |
| **LUIS E. GARCIA HERNANDEZ,** | § | |
| **Individually and d/b/a GARDEZ** | § | |
| **BROTHERS TRUCKING AND** | § | |
| **GABRIEL LOPEZ COLIN** | § | |

### JOINT MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

MATHEW TAMEZ, Plaintiff and LUIS E. GARCIA HERNANDEZ, INDIVIDUALLY AND D/B/A GARDEZ BROTHERS TRUCKING and GABRIEL LOPEZ COLIN, Defendants, file this, their Joint Motion to Dismiss With Prejudice, and would respectfully show the Court as follows:

1. The parties have entered into a Settlement Agreement resolving the claims between them in this lawsuit. As part of this same agreement, Plaintiff and Defendants have agreed to dismiss this lawsuit with prejudice. As further part of this same agreement, the parties have agreed to the terms of an Agreed Order of Dismissal With Prejudice.

2. The parties respectfully request that the Court enter the proposed Agreed Order of Dismissal With Prejudice, which is being filed simultaneously herewith.

Wherefore, for the foregoing reasons, the parties respectfully request that this Court dismiss this lawsuit with prejudice by entering the Agreed Order of Dismissal With Prejudice being filed simultaneously herewith.

{03776650.DOCX / }

Respectfully submitted,

Herbert A. Janzen
LAW OFFICES OF HERBERT A. JANZEN
200 Smith Street
Houston, Texas 77002
**ATTORNEY FOR PLAINTIFF**

LARRY D. WARREN
State Bar No. 20888450
Telephone: (210) 731-6350
Telefax: (210) 785-2950
Email: lwarren@namanhowell.com
WHITNEY S. BROADWATER
State Bar No. 24082733
Telephone: (210) 731-6471
Telefax: (210) 785-2919
Email: wbroadwater@namanhowell.com
NAMAN HOWELL SMITH & LEE, PLLC
10001 Reunion Place, Suite 600
San Antonio, Texas 78216
**ATTORNEYS FOR DEFENDANTS**

{03776650.DOCX / }