United States District Court
Southern District of Texas
**ENTERED**
April 21, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MATHEW TAMEZ, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:15-CV-131 |
| | § | |
| LUIS E HERNANDEZ, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court now considers the "Joint Motion to Dismiss with Prejudice,"[1] filed by Plaintiff and Defendants announcing to the Court that the case is settled and that the parties request the lawsuit be dismissed with prejudice. Under Federal Rule of Civil Procedure 41(a)(2), Plaintiff may request a dismissal of the action through court order. In turn, the Court **DISMISSES WITH PREJUDICE** this action as requested. Thus, the Clerk of the Court is instructed to close the case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 21st day of April, 2016.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 12.